# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Renata Sogomonyan, | No. CV-21-01123-PHX-DWL |
| Plaintiff, | **ORDER** |
| v. | |
| Alan G. Seibert, et al., | |
| Defendants. | |

On June 30, 2021, the Court ordered the parties "to meet, confer, and develop a Rule 26(f) Joint Case Management Report," due on July 28, 2021, and specifically ordered that it was Plaintiff's responsibility "to initiate the Rule 26(f) meeting and preparation of the Joint Case Management Report." (Doc. 10 at 1.)

On July 28, 2021, Defendants filed a Rule 26(f) Report without Plaintiff's input which states that "Plaintiff did not initiate the Rule 26(f) meeting and did not respond to Defendants' request to meet and confer." (Doc. 15 at 1.)

Plaintiff violated a court order by failing to participate in the Rule 26(f) process. Plaintiff is ordered to show cause why this case should not be dismissed for failure to comply with a court order. *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir.1992) ("Pursuant to Federal Rule of Civil Procedure 41(b), the district court may dismiss an action for failure to comply with any order of the court."); *Amezcua v. Federal Nat. Mortg. Ass'n*, 564 F. App'x 312, 312 (9th Cir. 2014) ("The district court did not abuse its discretion by dismissing Amezcua's action for repeatedly failing to comply with

the court's orders to file a joint report under Fed.R.Civ.P. 26(f), despite being warned that the failure to do so could lead to dismissal.").

Accordingly,

**IT IS ORDERED** that Plaintiff is ordered to show cause why this case should not be dismissed for failure to comply with a court order by filing a memorandum, not to exceed five pages, by **August 12, 2021**.

**IT IS FURTHER ORDERED** that if Plaintiff fails to respond to the Court's order to show cause by **August 12, 2021**, the Clerk of Court shall dismiss this action without further notice.

Dated this 29th day of July, 2021.

Dominic W. Lanza
United States District Judge